IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PHILIP PANCARI, M.D.,** | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| v. | : | |
| | : | |
| **FOX CHASE CANCER CENTER, and** | : | No. 20-1844 |
| **FOX CHASE CANCER CENTER** | : | |
| **MEDICAL GROUP, INC.,** | : | |
| *Defendants.* | : | |

# ORDER

**AND NOW**, this **30th** day of **June 2020**, upon consideration of Defendants' Motion to Dismiss (ECF No. 9), Plaintiff's Response in Opposition to the Motion (ECF No. 13), Defendants' Reply (ECF No. 14), and in accordance with the accompanying memorandum, it is **ORDERED** that Defendants' Motion to Dismiss is **GRANTED** and Plaintiff's Complaint is dismissed in its entirety.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**